IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 12-10582 |
| TATIANA PLUMMER | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF
TATIANA PLUMMER**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $2,010.00 for 5.4 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) and actual and necessary costs in the amount of $19.60 from May 16, 2012, to the present.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On March 16, 2012, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was held on April 30, 2012.

3. On May 1, 2012, Trustee filed his initial report of assets.

4. All professional services for which compensation is requested herein were performed by Q&B and on behalf of the Trustee and not for or on behalf of any creditor or any

other person.  Trustee separately accounts for his services as trustee herein, and does not request interim compensation for those services at this time.

## NATURE OF LEGAL SERVICES PERFORMED BY
## QUARLES & BRADY LLP

5. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on June 27, 2012, retroactive to May 16, 2012.  Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

6. Q&B drafted the motion, and obtained court approval, to retain Q&B as Trustee's General Counsel.  In addition, Q&B prepared the instant request for payment.  In connection with the retention application and request for payment, Q&B expended 2.1 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $832.50.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.2 |
| Colleen A. Greer | .9 |

### B. ASSETS

7. Q&B worked with Debtor's Counsel to work out the details of selling the bankruptcy estate's interest in a 2007 GMC Danali (the "**Vehicle**") that Debtor's schedules reflected half ownership in.  The original CarMax appraisal of the vehicle was $21,000.00.  Half of the value of the vehicle was $10,500.00 and Debtor had an exemption of $3,650.00.  With Court approval, Trustee sold the estate's interest in the car to Debtor for $6,850.00.  In connection with the sale of the Vehicle, Q&B expended 3.3 hours for which it requests

2

compensation of $1,177.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .8 |
| Lauren N. Nachinson | 2.0 |
| Colleen A. Greer | .5 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

8. Since May 16, 2012, Q&B has devoted 5.4 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $2,010.00

9. While representing Trustee, Q&B expended $19.60 in delivery charges and photocopies ($.10 per page). Q&B respectfully requests to be compensated for these reasonable and necessary costs. Attached as **Exhibit B** is a breakdown of the costs.

10. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

11. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $2,010.00 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of $19.60 in reasonable and necessary costs incurred in the administration of this case; and

QB\19513518.1

    C.    For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:   /s/ Philip V. Martino
        Trustee
Philip V. Martino
Lauren N. Nachinson
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

4

QB\19513518.1

**Quarles & Brady** LLP

411 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: | 1831810 |
| Invoice Date: | April 04, 2013 |

Privileged & Confidential

Philip V. Martino as Trustee
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through March 31, 2013
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 147557.00003

|   |   |   |
|---|---|---|
| Current Fees: | $ | 267.50 |
| Current Total Due: | $ | 267.50 |
| **TOTAL AMOUNT DUE:** | **$** | **267.50** |

EXHIBIT A-1

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Tatiana Plummer - Chapter 7 Bankruptcy        April 04, 2013
RE: Professional Retention Chapter 7 Bankruptcy                                 Invoice Number: 1831810
Q & B Matter Number: 147557.00003                                               Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 05/16/12 | Draft motion to retain Q&B as attorney for Trustee (.4). | CGREER | 0.40 |
| 05/17/12 | Review conflicts results (.1); review and revise retention motion (.1). | PMARTINO | 0.20 |
| 02/05/13 | Prepare draft application for compensation for fees and costs for Quarles & Brady (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.20 | 550.00 | 110.00 |
| CGREER | Colleen A. Greer | 0.90 | 175.00 | 157.50 |
| Total | | 1.10 | | 267.50 |

Total Fees:                                        $        267.50

**Quarles & Brady** LLP

411 East Kilbourn Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Milwaukee and Madison, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:  1831809  
Invoice Date:    April 04, 2013

Privileged & Confidential

Philip V. Martino as Trustee  
Quarles & Brady LLP  
Suite 4000  
300 North LaSalle Street  
Chicago, IL 60654

For Professional Services Rendered Through March 31, 2013  
Re: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 147557.00005

|  |  |
|---|---|
| Current Fees: | $   1,177.50 |
| Current Total Due: | $   1,177.50 |
| **TOTAL AMOUNT DUE:** | **$   1,177.50** |

EXHIBIT A-2

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Tatiana Plummer - Chapter 7 Bankruptcy     April 04, 2013
RE: Assets Chapter 7 Bankruptcy     Invoice Number: 1831809
Q & B Matter Number: 147557.00005     Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 05/17/12 | Review appraisal and title (.1); e-mails to/from debtor's counsel regarding same, sale and terms (.3). | PMARTINO | 0.40 |
| 05/21/12 | Review and revise emotion to sell vehicle. | PMARTINO | 0.40 |
| 05/21/12 | Draft motion to sell vehicle to Debtor (.5). | CGREER | 0.50 |
| 06/26/12 | Prepare for upcoming hearing. | LNACHINS | 0.40 |
| 06/27/12 | Attend court hearing on Motion to Employ Q&B and Motion to Sell Vehicle - enter orders granting same. | LNACHINS | 1.60 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.80 | 550.00 | 440.00 |
| LNACHINS | Lauren N. Nachinson | 2.00 | 325.00 | 650.00 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 3.30 | | 1,177.50 |

Total Fees:     $     1,177.50

**Quarles & Brady LLP**

300 East Kilbourn Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:  1831808
Invoice Date:    April 04, 2013

Privileged & Confidential

Philip V. Martino as Trustee
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through March 31, 2013
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 147557.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 19.60 |
| Current Total Due: | $ | 19.60 |
| **TOTAL AMOUNT DUE:** | **$** | **19.60** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

| | |
|---|---|
| Philip V. Martino as Trustee for Tatiana Hummer - Chapter 7 Bankruptcy | April 04, 2013 |
| RE: General/Costs Chapter 7 Bankruptcy | Invoice Number: 1831808 |
| Q & B Matter Number: 147557.00006 | Page 2 |

**DISBURSEMENTS:**

| | |
|---|---:|
| Copy charges | 19.60 |
| Total Disbursements: | $ 19.60 |
| Total Fees and Disbursements: | $ 19.60 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate through 2011 was $525.00. His hourly billing rate for fiscal year 2012 was $550.00 and his 2013 hourly billing rate is $565.00.

**Lauren N. Nachinson** is an associate at Quarles & Brady in the Commercial Bankruptcy Group. She graduated from Emory University (B.A. in 2003), and from University of Illinois College of Law (J.D. *cum laude*, 2006). Ms Nachinson's hourly billing rate for fiscal year 2012 was $325.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 22 years. Her hourly billing rate is $175.00.

EXHIBIT C

QB\19513518.1

**STATE OF ILLINOIS** )
                     ) SS
**COUNTY OF COOK**   )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate each month and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.