JANET S. BAER
**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PLUMMER, TATIANA | § § | Case No. 12-10582 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/04/2013 in Courtroom 615,
      U.S. Bankruptcy Court
      219 South Dearborn
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/07/2013      By: Clerk of the Bankruptcy Court
                 Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
PLUMMER, TATIANA § Case No. 12-10582
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,850.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 6,840.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,435.00 | $ 0.00 | $ 1,435.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 2,010.00 | $ 0.00 | $ 2,010.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 19.60 | $ 0.00 | $ 19.60 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,464.60 |
| Remaining Balance | $ 3,375.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,316.26  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 1,655.73 | $ 0.00 | $ 94.22 |
| 000002 | Midland Funding LLC | $ 2,064.99 | $ 0.00 | $ 117.51 |
| 000003 | Jefferson Capital Systems LLC | $ 3,114.99 | $ 0.00 | $ 177.26 |
| 000004 | Capital One Bank (USA), N.A. | $ 901.11 | $ 0.00 | $ 51.28 |
| 000005 | FIA CARD SERVICES, N.A. | $ 7,528.90 | $ 0.00 | $ 428.43 |
| 000006 | LubePro's International, Inc. | $ 44,050.54 | $ 0.00 | $ 2,506.70 |

Total to be paid to timely general unsecured creditors          $          3,375.40

Remaining Balance          $          0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/Philip V. Martino
                          Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-10582-JSB
Tatiana Plummer                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 3          Date Rcvd: May 08, 2013
                              Form ID: pdf006           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2013.
```
db         +Tatiana Plummer,   1000 Roosevelt Road,   Broadview, IL 60155-4068
aty        +Quarles & Brady LLP,   300 North LaSalle Street,   Suite 4000,   Chicago, IL 60654-5427
18637783  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
18637788   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
18964797    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
18637785   +Citizens Finance Compa,   Attn: Bankruptcy Dept.,   188 W Industrial Dr,
             Elmhurst, IL 60126-1608
18637794   +Clerk of the Law Division,   Doc #09 L 005624,   50 W. Washington St. Rm 801,
             Chicago, IL 60602-1462
18637789   +Clerk, First Mun Div,   Doc #2010M1132014,   50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
18637795   +Edwards Wildman Palmer,   Bankruptcy Dept,   225 W Wacker Drive,   Suite 3000,
             Chicago, IL 60606-3007
18637780   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
18637781   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19010915    FIA CARD SERVICES, N.A.,   successor to Bank of America, N.A. (USA),
             and MBNA America Bank, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18637787  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court:  HSBC/Bsbuy,   Attn: Bankruptcy Dept.,   Po Box 15519,
             Wilmington, DE 19850)
18637777   +Illinois Collection SE,   Attn: Bankruptcy Dept.,   8231 185Th St Ste 100,
             Tinley Park, IL 60487-9356
18933190   +Jefferson Capital Systems LLC,   Purchased From SKUTR FINANCIAL, LLC,   PO BOX 7999,
             SAINT CLOUD MN 56302-7999,   Orig By: HSBC
19255599   +LubePro's International, Inc.,   Edwards Wildman Palmer LLP,
             c/o Adam S. Calisoff, Elizabeth A. Peter,   225 West Wacker Drive, Suite 3000,
             Chicago, IL 60606-3007
18637793   +LubePros International,   Attn: Bankruptcy Dept.,   1740 S Bell School Road,
             Cherry Valley, IL 61016-9388
18637790   +Michael D. Fine,   Bankruptcy Department,   131 S. Dearborn St., floor 5,
             Chicago, IL 60603-5571
18637776   +Nationwide Credit & CO,   Attn: Bankruptcy Dept.,   9919 W Roosevelt Rd,
             Westchester, IL 60154-2774
18637796   +Odim Law Offices,   Attn: Bankruptcy Dept.,   19 S LaSalle,   Suite 130,   Chicago, IL 60603-1401
18637786   +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
18637782   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
18637791   +Zales/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18637779     E-mail/Text: HWIBankruptcy@hunterwarfield.com May 09 2013 01:07:22
             2115-2126 South 4TH Avenue LLC,   C/O Hunter Warfield,   3111 W Martin Luther Kin,
             Tampa, FL 33607
18637797    +E-mail/Text: legalcollections@comed.com May 09 2013 00:57:17     Commonwealth Edison,
             Attn: System Credit/BK Dept,   3 Lincoln Center 4th Floor,   Oakbrook Terrace, IL 60181-4204
18796857    +E-mail/Text: legalcollections@comed.com May 09 2013 00:57:17     Commonwealth Edison Company,
             3 Lincoln Centre,   Oakbrook Terrace, Il 60181-4204,   Attn: Bankruptcy Dep.
18878503    +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2013 00:55:26     Midland Funding LLC,
             Midland Credit Management, Inc.,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18637784*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
18637778*  +Illinois Collection SE,   Attn: Bankruptcy Dept.,   8231 185Th St Ste 100,
             Tinley Park, IL 60487-9356
18637792  ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                 TOTALS: 0, * 2, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mmyers              Page 2 of 3            Date Rcvd: May 08, 2013
                              Form ID: pdf006          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2013**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mmyers              Page 3 of 3            Date Rcvd: May 08, 2013
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2013 at the address(es) listed below:

```
              David M Lulkin    on behalf of Debtor Tatiana  Plummer ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Sarah  Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               milli.zukowsky@quarles.com
                                                                                             TOTAL: 5
```