JANET S. BAER
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

| In re: | § | |
| --- | --- | --- |
| | § | |
| PLUMMER, TATIANA | § | Case No. 12-10582 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on                    . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/PHILIP V. MARTINO_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | 2115-2126 South 4TH Avenue LLC C/O Hunter Warfield 3111 W Martin Luther Kin Tampa FL 33607 | | | | | |
| 10 | HSBC/Bsbuy Attn: Bankruptcy Dept. Po Box 15519 Wilmington DE 19850 | | | | | |
| 11 | Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |
| 12 | Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |
| 13 | LubePros International Attn: Bankruptcy Dept. 1740 S Bell School Road Cherry Valley IL 61016 | | | | | |
| 14 | Nationwide Credit & CO Attn: Bankruptcy Dept. 9919 W Roosevelt Rd Westchester IL 60154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 15 Odim Law Offices Attn: Bankruptcy Dept. 19 S LaSalle Chicago IL 60603 | | | | | |
| | 16 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 17 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 18 Zales/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 2 BANK OF America Attn: Bankruptcy Dept. Po Box 1598 Norfolk VA 23501 | | | | | |
| | 3 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 4 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 5 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Citizens Finance Compa Attn: Bankruptcy Dept. 188 W Industrial Dr Elmhurst IL 60126 | | | | | |
| | 7 Commonwealth Edison Attn: System Credit/BK Dept 3 Lincoln Center 4th Floor Oakbrook Terrace IL 60181 | | | | | |
| | 8 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 9 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | Clerk of the Law Division Doc #09 L 005624 50 W. Washington St. Rm 801 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #2010M1132014 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edwards Wildman Palmer Bankruptcy Dept 225 W Wacker Drive Suite 3000 Chicago IL 60606 | | | | | |
| | Michael D. Fine Bankruptcy Department 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000006 | LUBEPRO'S INTERNATIONAL, INC. | | | | | |
| 000002 | MIDLAND FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

6/1/2016

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-10582   JSB   Judge: JANET S. BAER | Trustee Name: PHILIP V. MARTINO |
| Case Name: | PLUMMER, TATIANA | Date Filed (f) or Converted (c): 03/16/12 (f) |
| | | 341(a) Meeting Date: 04/30/12 |
| For Period Ending: | 08/23/13 | Claims Bar Date: 08/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WITH CHARTER ONE. JOINT WITH NON- | 700.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS; TV, DVD PLAYER, TV STAND, STEREO, | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 100.00 | 0.00 | | 0.00 | FA |
| 4. NECESSARY WEARING APPAREL. | 100.00 | 0.00 | | 0.00 | FA |
| 5. EARRINGS, WATCH, COSTUME JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 6. GMC Denali | 10,280.00 | 6,850.00 | | 6,850.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $12,930.00 | $6,850.00 | $6,850.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution made. Will file Final Account in August.

Initial Projected Date of Final Report (TFR): 10/15/12    Current Projected Date of Final Report (TFR): 05/31/13

LFORM1                                                                                                                                 Ver: 17.02g

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-10582 JSB | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PLUMMER, TATIANA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7557 Congressional - Checking Account |
| Taxpayer ID No: | *******7866 | | | |
| For Period Ending: | 08/23/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 06/29/12 | 6 | Tatiana Plummer | 1st of 7 payments | 1,000.00 | | 1,000.00 |
| 07/24/12 | 6 | Tatiana Plummer | 2nd of 7 payments | 1,000.00 | | 2,000.00 |
| 08/17/12 | 6 | Tatiana Plummer | 3rd of 7 payments | 1,000.00 | | 3,000.00 |
| 09/18/12 | 6 | Tatiana Plummer | 4th of 7 payments | 1,000.00 | | 4,000.00 |
| 10/17/12 | 6 | Tatiana Plummer | 5th of 7 payments | 1,000.00 | | 5,000.00 |
| 11/20/12 | 6 | Tatiana Plummer | Sixth Payment | 1,000.00 | | 6,000.00 |
| 12/21/12 | 6 | Tatiana Plummer | Final Payment | 850.00 | | 6,850.00 |
| 03/08/13 | | Congressional Bank | Bank Charges | | 10.00 | 6,840.00 |
| 06/05/13 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL  60654 | Chapter 7 Compensation/Expense | | 1,435.00 | 5,405.00 |
| 06/05/13 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 2,029.60 | 3,375.40 |
| 06/05/13 | 003003 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | Claim 000001, Payment 5.69054% | | 94.22 | 3,281.18 |
| 06/05/13 | 003004 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000002, Payment 5.69058%<br>(2-1) Modified on 5/8/12 to correct<br>creditor's name MM | | 117.51 | 3,163.67 |
| 06/05/13 | 003005 | Jefferson Capital Systems LLC<br>Purchased From SKUTR FINANCIAL, LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: HSBC | Claim 000003, Payment 5.69055% | | 177.26 | 2,986.41 |
| 06/05/13 | 003006 | Capital One Bank (USA), N.A. | Claim 000004, Payment 5.69076% | | 51.28 | 2,935.13 |
| | | | Page Subtotals | 6,850.00 | 3,914.87 | |

LFORM2

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 17.02g

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-10582 JSB | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | PLUMMER, TATIANA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7557 Congressional - Checking Account |
| Taxpayer ID No: | *******7866 | | | |
| For Period Ending: | 08/23/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/13 | 003007 | PO Box 71083<br>Charlotte, NC 28272-1083<br>FIA CARD SERVICES, N.A.<br>successor to Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000005, Payment 5.69047%<br>(5-1) Modified on 6/8/12 to correct creditor's name MM | | 428.43 | 2,506.70 |
| 06/05/13 | 003008 | LubePro's International, Inc.<br>Edwards Wildman Palmer LLP<br>c/o Adam S. Calisoff, Elizabeth A. Peter<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Claim 000006, Payment 5.69051% | | 2,506.70 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 6,850.00 | 6,850.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,850.00 | 6,850.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,850.00 | 6,850.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Congressional - Checking Account - ********7557 | 6,850.00 | 6,850.00 | 0.00 |
| | 6,850.00 | 6,850.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    2,935.13

LFORM2

Ver: 17.02g

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-10582   JSB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | PLUMMER, TATIANA | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7557 Congressional - Checking Account |
| Taxpayer ID No: | *******7866 | | |
| For Period Ending: | 08/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | 0.00 | 0.00 | |

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 17.02g